TOTAL TIME: ___ hours ___ minutes  DEPUTY CLERK **SD**  HONORABLE **JGM**  Criminal (12-15-07)
RPTR/ECRO/TAPE **SD**
DATE **12/2/08**  START TIME **3:10**  USPO **N. Owens**  END TIME **3:20**  INTERPRETER ___

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

| [✓] IA-INITIAL APPEARANCE | [ ] BOND HEARING | [ ] CHANGE OF PLEA HRG | [ ] IN CAMERA HEARING |
| [ ] IA-REVOCATION | [ ] DETENTION HEARING | [ ] WAIVER/PLEA HEARING | [ ] COMPETENCY HEARING |
| [ ] IA-RULE 5 | [ ] PROBABLE CAUSE HRG | [ ] EXTRADITION HEARING | [ ] FORFEITURE HRG |
| [✓] ARRAIGNMENT | [ ] CONFLICT HEARING | [ ] EVIDENTIARY HEARING | [ ] MISCELLANEOUS HRG |
| | | | [ ] STATUS CONFERENCE |

8CR # **240 (CD)**  DEFT # _____

UNITED STATES OF AMERICA  **Paul McConnell**, AUSA

vs  **Roly Saslom**   **Gary Weinberger** (P)
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [✓] Arrest date (CT case): **12/2/08**  [ ] case unsealed; or [ ] Rule 5 arrest, District of _____
- [✓] CJA 23 Financial Affidavit filed [ ] under seal
- [✓] Order appointing Federal Public Defender's Office filed
- [✓] Court appoints Atty. **Gary Weinberger** to represent deft for [ ] this proceeding only [✓] all proceedings
- Appearance of _____ filed
  - [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
  - [ ] Information/Misdemeanor filed [ ] Sealed Information filed
  - [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
  - [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Letter filed [ ] under seal; [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- [✓] Counts **1-4** of the _____ (indictment), superseding indictment, information, etc.)
- [✓] Plea of [✓] not guilty [ ] guilty [ ] nolo contendere
- Petition to Enter Guilty Plea filed
- [✓] Deft motions due **12/23/08** ; Govt. responses due **1/16/09**  oral argument **1/22/09**
- [✓] Scheduling Order [✓] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [✓] Hearing on Pending Motions scheduled for _____ at _____
- [✓] Jury Selection set for **2/5/08** at **9:00**
- Remaining count(s) to be dismissed at sentencing
- Sentencing set for _____ at _____
- [✓] Govt's Motion for Pretrial Detention filed [✓] GRANTED [ ] DENIED [ ] ADVISEMENT
- Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Order of Detention filed
- [✓] Deft ordered removed/committed to originating/another District of **Massachusetts**
- [✓] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- Waiver of Rule 5 Hearing filed
- Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [✓] Defendant detained
- Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- **Set Attorney Flag**

[ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings

## CONDITIONS OF BOND

☐ Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ Deft must reside at _____.

☐ Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ Deft must refrain from the possession of firearms or dangerous weapons.

☐ Deft must maintain employment or actively seek employment.

☐ Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ As set forth in the Order Setting Conditions of Release.

☐ _____

### ADDITIONAL PROCEEDINGS

| | | Motion | Result |
|---|---|---|---|
| ☑ | Deft's oral motion | *[handwritten]* | ☑ granted ☐ denied ☐ advisement |
| ☐ | Deft's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | Deft's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | Deft's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ #___ | Deft _____ motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ #___ | Deft _____ motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ #___ | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ #___ | Govt's motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ | _____ | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ | _____ | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ | _____ | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ | _____ | | ☐ filed ☐ granted ☐ denied ☐ advisement |