UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

'08 DEC -2 P 4: 26

UNITED STATES OF AMERICA :

vs : Criminal No. U.S. DISTRICT COURT NEW HAVEN, CT

Roy Sastrolic : 8CR 340 (CF)

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
## PURSUANT TO THE PROVISIONS OF
## THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

The Court has appointed ___Sarah Weinberger___ from the Federal Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on or before ___12/12/08___.

Dated at New Haven, Connecticut, this ___2___ day of ___December, 2008___

/s/ Joan G. Margolis
_____
Joan Glazer Margolis U.S.M.J.