UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CASE NO. 3:08CR240(PCD)

v. :

ROY SASTROM : DECEMBER 2, 2008

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I. <u>Eligibility of Case</u>

This case is eligible for pretrial detention because it involves:

__X__ a crime of violence as defined in Title 18, United States Code, Section 3156;

____ an offense for which the maximum sentence is life imprisonment or death;

____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.);

__X__ a felony committed after the defendant was convicted of two or more offenses described in the preceding three categories or two or more State or local offenses that would have been in any of preceding three categories if a circumstance giving rise to Federal jurisdiction had existed; or a combination of such offenses;

__X__ a serious risk that the defendant will flee; and/or

    \_\_\_\_ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.     <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

     _X_   the defendant's appearance as required; and/or

     _X_   the safety of any other person and the community.

III.    <u>Rebuttable Presumption</u>

The Government will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies because:

     \_\_\_\_ the defendant has been convicted of a Federal offense described in 18 U.S.C. § 3142(f)(1) or of a State or local offense that would have been an offense described in § 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

     \_\_\_\_ an offense described in 18 U.S.C. § 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

     \_\_\_\_ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in 18 U.S.C. § 3142(e)(1), whichever is later; or

     \_\_\_\_ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances

Import and Export Act (21 U.S.C. §951 et seq.), the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.), or an offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

IV. Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

__X__ at the defendant's first appearance;

_____ after a continuance of 3 days, to the extent not otherwise postponed because of defendant's present incarceration on unrelated state charges.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT19105
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700
(203) 821-3829 (fax)
Stephen.Reynolds@usdoj.gov

PAUL H. McCONNELL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. PHV02501
United States Attorney's Office
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
(860) 760-7979 (fax)
Paul.McConnell2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2008, a copy of the foregoing motion for pretrial detention was delivered by hand to defense counsel:

Gary Weinberger
Assistant Federal Defender
Office of the Federal Public Defender
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
(860) 493-6260
(860) 493-6269 (fax)

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY