IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

'008 DEC -2 P 4: 26

U.S. DISTRICT COURT
NEW HAVEN, CT

---------------------------------------------------------x
UNITED STATES OF AMERICA           : 3:08 CR 240 (PCD)

v.

RAY SASTROM                        : DATE: DECEMBER 2, 2008
---------------------------------------------------------x

## ORDER

In accordance with Rule 4 of the Local Rules of Criminal Procedure, all discovery shall proceed in accordance with the Standing Order for Discovery.

Any substantive motions, such as motions to dismiss or motions to suppress, together with memoranda in support, shall be filed on or before **December 23, 2008**. The Government shall file its memoranda in opposition to defendant's motion(s) on or before **January 16, 2009**. If oral argument or evidentiary hearings are necessary, they shall be requested in writing, on or before **January 22, 2009**.

Jury selection is tentatively scheduled for **February 5, 2009, at 9:00 a.m.**, subject to the time between arraignment and trial being extended while the Court has motions under consideration or otherwise as the Court may order.

Dated at New Haven, Connecticut, this 2nd day of December, 2008.

SO ORDERED.

/s/ Joan G. _____

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE