IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
---------------------------------------------------x
                                                   :
UNITED STATES OF AMERICA       :       3:08 CR 240 (PCD)
                               :
v.                             :
                               :
ROY SASTROM                    :       DATE: DECEMBER 2, 2008
                               :
---------------------------------------------------x
```

## ORDER OF DETENTION

Defendant is presently in federal and state custody, as he has been detained on federal charges from the U.S. District Court in Boston and also is serving a state sentence. Therefore, by agreement of counsel, the Government's motion for detention is <u>granted</u>, without prejudice to defendant filing a motion for reconsideration, if and when his release from custody appears imminent, and upon consultation with the U.S. Probation Office regarding a potential bond package.

Dated at New Haven, Connecticut, this 2nd day of December, 2008.

/s/Joan G. Margolis, USMJ
Joan G. Margolis
U.S. Magistrate Judge