UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:08CR240(PCD) |
| ROY SASTROM | : | January 16, 2009 |

## UNOPPOSED MOTION TO POSTPONE TRIAL

The Defendant Roy Sastrom, through counsel, moves to postpone trial in the above-captioned matter from February 5, 2009, to April 2, 2009. The reason for this motion is as follows. Mr. Sastrom has a long and complicated history of severe mental illness. He was found not guilty by reason of insanity in a Connecticut criminal case in 1994 and committed to Connecticut Valley Hospital ("CVH") for up to 40 years. On May 31, 2008, he escaped from CVH by stealing a vehicle. He was arrested at this mother's house in Bridgeport on June 4, 2008, at which time he confessed to robbing a bank in Massachusetts on June 3, 2008. He was convicted of escape and stealing the vehicle in Connecticut Superior Court, as a consequence of which he was housed at Garner CI. Mr. Sastrom is charged in the above-captioned matter with mailing threatening communications and with perpetrating hoaxes on the basis of letters mailed from Garner CI to the United States Supreme Court and to the Department of Veterans Affairs saying "Anthrax Die!". It is the trial of that case that this motion seeks to postpone.

Mr. Sastrom is presently charged in the District of Massachusetts with bank robbery and possession of ammunition by a convicted felon. **United States v. Sastrom, 1:08CR10314(EFH)**. In the Massachusetts case he is asserted by the Government to be an "Armed Career Criminal" regarding the ammunition possession and thus faces a minimum of 15 years on that count if convicted. Mr. Sastrom has court-appointed counsel from the CJA panel in Massachusetts in that matter. Massachusetts counsel had obtained funds to retain a psychiatrist to evaluate Mr. Sastrom. That evaluation is scheduled to commence on February 3, 2009, and a report of said evaluation is anticipated to be received no sooner than the second half of March. Trial as scheduled in the case at bar would interfere with that important evaluation process. Moreover, the report of the evaluation obtained in Massachusetts will assist the undersigned counsel in working with Mr. Sastrom regarding the case at bar.

This is the first request for a continuance in this case. Counsel for the Government state that the Government does not object to this request and they concur that the granting of this motion is in the best interests of justice and that said consideration outweighs the public's interest in a speedy trial. A speedy trial waiver executed by Mr. Sastrom, who is now being held out of state, will be obtained and submitted as soon as practicable.

        Respectfully submitted,

        THE DEFENDANT,
        ROY SASTROM

        THOMAS G. DENNIS
        FEDERAL DEFENDER

Dated: January 16, 2009        /s/
        Gary D. Weinberger
        Assistant Federal Defender
        10 Columbus Blvd, 6th FL
        Hartford, CT 06106
        Phone: (860) 493-6260
        Bar No.: ct05085
        Email: gary.weinberger@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2009, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/
        Gary D. Weinberger