UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:08CR240(PCD) |
| ROY SASTROM | : | |

### SPEEDY TRIAL WAIVER

The defendant, Roy Sastrom, hereby waives those rights accorded him by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the postponement of a trial in this case is necessary to enable his attorney adequate time to investigate his case and to prepare for any trial of his case and therefore is in his best interest, that said consideration outweighs the public interest in a speedy trial, and that the period of time from February 5, 2009 to April 2, 2009 should be excluded from the operation of the Speedy Trial Act.

_____          _____1/26/09_____
Roy Sastrom                                                              Date

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2009, a copy of the foregoing Waiver was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Gary D. Weinberger