UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:08CR240 (PCD) |
| v. | : | |
| ROY SASTROM | : | JANUARY 27, 2009 |

## NOTICE OF APPEARANCE ON NOVEMBER 19, 2008

To the Clerk of this Court and all parties of record: please enter the appearance of the undersigned Assistant United States Attorney, Stephen B. Reynolds, as of November 19, 2008 (the filing of the indictment in this case), as counsel for the United States of America and as counsel for the government to whom electronic filing notices should be directed, in addition to the appearance of Assistant United States Attorney Paul H. McConnell and others.

Although undersigned counsel appeared on the indictment, due to an apparent oversight, he was not entered on the docket along with other counsel for the government and has has not been receiving ECF notifications in this case. Undersigned counsel respectfully requests that the docket reflect an appearance as of November 19, 2008 so that the docket can accurately reflect his appearance in the case from its inception.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

/s/
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700
(203) 821-3829 (fax)
Stephen.Reynolds@usdoj.gov

# CERTIFICATION

I hereby certify that on January 27, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties, including defense counsel identified below, by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

         /s/
    STEPHEN B. REYNOLDS
    ASSISTANT UNITED STATES ATTORNEY