UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

**APRIL 2, 2009**

**9:00 A.M.**

## NOTICE TO COUNSEL

Jury selection will commence at **9:00 A.M.** on **April 2, 2009** in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

## CASE NO. 3:08 cr 240 (PCD) USA vs. Roy Sastrom

COUNSEL OF RECORD:

| | |
|---|---|
| Paul H. McConnell, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510    203-821-3700 |
| Stephen Benjamin Reynolds, AUSA | U.S. Attorney's Office, 915 Lafayette Blvd., Bridgeport, CT 06604    203-696-3000 |
| Gary D. Weinberger, AFPD | Federal Public Defender's Office, 10 Columbus Blvd., 6th Floor, Hartford, CT 06106    860-493-6260 |

## CASE NO. 3:08 cr 252 (PCD) USA vs. Gregory Lynch

COUNSEL OF RECORD:

| | |
|---|---|
| Rahul Kale, AUSA<br>Alina Renolds, AUSA | U.S. Attorney's Office, 915 Lafayette Blvd., Bridgeport, CT 06604    203-696-3000 |
| Deirdre A. Murray, AFPD | Federal Public Defender's Office, 10 Columbus Blvd., 6th Floor, Hartford, CT 06106    860-493-6260 |

## CASE NO. 3:09 cr 28 (PCD) USA vs. Carlton Crooks

COUNSEL OF RECORD:

| | |
|---|---|
| Felice M. Duffy, AUSA<br>Robert M. Spector, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510    203-821-3700 |
| Paul F. Thomas, AFPD | Federal Public Defender's Office, 265 Church St., New Haven, CT 06510 203-498-4200 |

# CASE NO. 3:07 cv 364 (PCD) Charles Miller vs. National Life Ins. Co.

COUNSEL OF RECORD:

| | |
|---|---|
| Alexandra K. Block, Esq.<br>Joseph D. Garrison, Esq.<br>Nina Therese Pirrotti, Esq. | Garrison, Levin-Epstein, Chimes<br>& Richardson, 405 Orange St.,<br>New Haven, CT 06511   203-777-4425 |
| Davida Perry, Esq.<br>Murray Schwartz, Esq.<br>Matthew T. Schatz, | Schwartz & Perry, 295 Madison Ave.,<br>New York, NY 10017   212-889-6565 |
| Barry I. Levy, Esq.<br>Jesse J. Graham, II, Esq.<br>Max Gershenoff, Esq. | Rivkin, Radler, LLP, 926 RexCorp Plaza,<br>Uniondale, NY 11556-0926<br>212-752-2515 |
| Douglas W. Bartinik, Esq.<br>Victoria Woodin Chavey, Esq. | Day, Pitney LLP, 242 Trumbull St.,<br>Hartford, CT 06103   860-275-0278 |
| Kate H. Bally, Esq. | Littler, Mendelson, 263 Tresser Blvd., 9th Floor,<br>Stamford, CT 06901   203-564-1420 |
| Matthew Litt, Esq. | Shapiro, Beilly, Rosenberg, Aronowitz, Levy<br>& Fox, LLP, 225 Broadway, 13th Floor,<br>New York, NY 10007   212-267-9020 |

# CASE NO. 3:07 cv 517 (PCD) Monique Almeida vs. Athena Health Care Assoc., Inc.

COUNSEL OF RECORD:

| | |
|---|---|
| Morris James Busca, Esq. | Busca Law Firm, LLC, 300 State St.,<br>Suite 315-316, New London, CT 06320<br>860-447-3222 |
| Michael C. Harrington, Esq.<br>Michael C. Markowicz, Esq. | Murtha Cullina, CityPlace I, 185 Asylum St.,<br>Hartford, CT 06103   860-240-6049 |

BY ORDER OF THE COURT
ROBIN D. TABORA, CLERK