UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:08CR240(PCD) |
| ROY SASTROM | : | March 26, 2009 |

<u>UNOPPOSED MOTION TO POSTPONE TRIAL</u>

The Defendant Roy Sastrom, through counsel, moves to postpone trial in the above-captioned matter from April 2, 2009, to June 4, 2009. This is Mr. Sastrom's second motion to postpone trial. As explained in the first motion, Mr. Sastrom has a long and complicated history of severe mental illness. He was found not guilty by reason of insanity in a Connecticut criminal case in 1994 and committed to Connecticut Valley Hospital ("CVH") for up to 40 years. On May 31, 2008, he escaped from CVH by stealing a vehicle. He was arrested at this mother's house in Bridgeport on June 4, 2008, at which time he confessed to robbing a bank in Massachusetts on June 3, 2008. He was convicted of escape and stealing the vehicle in Connecticut Superior Court, as a consequence of which he was housed at Garner CI. Mr. Sastrom is charged in the above-captioned matter with mailing threatening communications and with perpetrating hoaxes on the basis of letters mailed from Garner CI to the United States Supreme Court and to the Department of Veterans Affairs saying "Anthrax Die!". It is the trial of that case that this motion seeks to postpone.

Mr. Sastrom, as the Court has been informed previously, is charged in the District of Massachusetts with bank robbery and possession of ammunition by a convicted felon. **United States v. Sastrom, 1:08CR10314(EFH)**. In the Massachusetts case he is asserted by the Government to be an "Armed Career Criminal" regarding the ammunition possession and thus faces a minimum of 15 years on that count if convicted. Mr. Sastrom has court-appointed counsel from the CJA panel in Massachusetts in that matter. Massachusetts counsel had obtained funds to retain a psychiatrist to evaluate Mr. Sastrom. That evaluation is ongoing and a report of said evaluation is now anticipated to be received no sooner than the second half of April. The Court in Massachusetts (Judge Harrington) has scheduled a status conference for April 30.

The parties in both the case at bar and the Massachusetts case are seeking in good faith to reach a global nontrial disposition of these matters but cannot proceed without the report of the psychiatric evaluation. The undersigned counsel together with counsel in the Massachusetts case have spoken with Mr. Sastrom and he has told us both that he wants to cooperate with the evaluation and to postpone making any decision about his cases until the report is received. Counsel for the Government state that the Government does not object to this request for postponement of trial and they concur that the granting of this motion is in the best interests of justice and that said consideration outweighs the public's interest in a speedy trial.

Respectfully submitted,

THE DEFENDANT,
ROY SASTROM

THOMAS G. DENNIS
FEDERAL DEFENDER


Dated: March 26, 2009    /s/_____
              Gary D. Weinberger
              Assistant Federal Defender
              10 Columbus Blvd, 6th FL
              Hartford, CT 06106
              Phone: (860) 493-6260
              Bar No.: ct05085
              Email: gary.weinberger@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2009, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/_____
Gary D. Weinberger