UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:08CR240(PCD) |
| ROY SASTROM | : |

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE UNDER RULE 20

I, __Roy Sastrom__, defendant, have been informed that an __indictment__ (*indictment, information, complaint*) is pending against me in the above designated case. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __District of Massachusetts__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __April 29__, 2009 at __Central Falls, R.I.__

__Roy Sastrom__
Roy Sastrom
Defendant

__Gary Weinberger__
Gary Weinberger, Esq.
Assistant Federal Defender, District of Connecticut
Counsel for the Defendant

Approved:

__Nora R. Dannehy__
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY
FOR THE
DISTRICT OF CONNECTICUT

__MKL 5/14/9__
MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY
FOR THE
DISTRICT OF MASSACHUSETTS