**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**ROBIN D. TABORA**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**DINAH MILTON KINNEY**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DIVISION MANAGER
NEW HAVEN

May 27, 2009

Clerk, U.S. District Court
John Joseph Moakley U.S. Courthouse
Suite 2300, One Courthouse Way
Boston, MA 02210-3002

      Re:  3:08 cr 240 (PCD)
           USA v. Roy Sastrom
          Rule 20 - Transfer Out

Dear Clerk,

Enclosed please find the original Indictment, copy of the Order of Detention, Minute Form for Initial Appearance & Arraignment, Appointment of the Federal Public Defender, Criminal Cover Sheet, Plea Agreement to be transferred to D.MA., and Consent to Transfer Case for Plea and Sentencing Under Rule 20. You can obtain the original record by accessing CM/ECF through PACER for electronically filed documents.

Please acknowledge receipt of the aforementioned enclosures on the copy of this letter and return same in the self-addressed stamped envelope provided for your convenience.

                        Very truly yours,

                        ROBIN D. Tabora, Clerk

                        /s/

                By  **Patricia A. Villano**
                        Deputy Clerk

Enclosures: