# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA

|               | v. | **APPEARANCE** |
|---------------|----|----------------|

ROY SASTROM                    CASE NO.: 3:08cr240(PCD)


*To the Clerk of this Court and all parties of record:*

 *Enter my Appearance as counsel in this case for:* ROY SASTROM


*Date:* *May 27, 2009*     */s/* _____
                   *Signature*

*Bar No.:* *ct05085*       *Gary D. Weinberber*
                   *Print Name*

                   *FEDERAL DEFENDER OFFICE*
                   *Firm Name*

                   *10 Columbus BLVD, FL 6*
                   *Address*

                   *Hartford,*   *CT*   *06106-1976*
                   *City*     *State*  *Zip Code*

                   *(860) 493 6260*
                   *Phone Number*


## *CERTIFICATE OF SERVICE*

 I HEREBY CERTIFY that on May 27, 2009, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/_____
      Gary D. Weinberger